STATE OF NEW JERSEY v. CHARLES SMITH.

September 29, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY TODD APPLETON.

October 5, 1982.

Certification to Superior Court, Law Division, is granted.

EMILY HUTTER v. P.F.G. APARTMENTS.

October 5, 1982.

Petition for certification denied.

NARDELLA DE MAURO v. SALVATORE SAPIENZA.

October 5, 1982.

Petition for certification denied.

ROBERT EINHORN v. CERAN CORP.

October 5, 1982.

Petition for certification denied. (See 185 *N.J.Super.* 8)